IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CARLTON LAMONT CHANEY, SR.**                                **PETITIONER**
**#04860-028**

v.                              **CASE NO. 2:25-CV-00140-BSM**

**WARDEN HUMPHREY**                                            **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 12] is adopted, and Warden Humphrey's motion to dismiss for lack of subject matter jurisdiction [Doc. No. 6] is granted because Carlton Chaney's petition does not challenge either the validity of his sentence or the duration of his confinement. *Kruger v. Erickson*, 77 F.3d 1071, 1073 (8th Cir. 1996) (if a prisoner is not challenging the validity of his conviction or length of his detention, then writ of habeas corpus is not the proper remedy) (citing *Preiser v. Rodriguez*, 411 U.S. 475, 499 (1973)).

IT IS SO ORDERED this 24th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE