IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CARLTON LAMONT CHANEY, SR.**  **PETITIONER**
**#04860-028**

v.  CASE NO. 2:25-CV-00140-BSM

**WARDEN HUMPHREY**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of October, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE